OLD TOWN WOOLEN COMPANY, INC., v. LOUIS FISHMAN & SON., INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

JOSEPH URDANG v. NATHAN E. POSNER.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

DAVID LIPP and Another v. WELBARDEN HOLDING CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

SAMUEL SILVERMAN v. UNION RUBBER COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS M. ARLOTTA.— Motion to dismiss appeal denied on condition that the appellant procure record on appeal and appellant's points to be filed so appeal can be argued on the 5th day of October, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

NICK ALLEN v. SAMUEL G. LOCKWOOD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

DARBY A. DAY v. JAMES G. TRAINER.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOHN FIVES v. COMPAGNIE GENERALE TRANSATLANTIQUE.— Motion for leave to appeal denied as unnecessary. Motion for a stay granted. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

CELESTINE F. COLIS and Another v. GEORGE C. ANDREWS and Others.— Motion granted. Present — Dowling, Merrell, McAvoy and Martin, JJ.

PHILLIPS & SON, a New York Corporation, v. CENTRAL OF GEORGIA RAILWAY COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ELBRIDGE G. SNOW, JR., v. UNION HISPANO AMERICANA FIRE AND MARINE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Transfer Tax upon the Estate of HENRY R. KUNHARDT, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee, etc., of ELLA S. HOFFMAN, Deceased, v. OLGA BAES, Impleaded with ALBERT EDWARD OSWALD ORMSBY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee, etc., of ELLA S. HOFFMAN, Deceased, v. OLGA BAES, Impleaded with ALBERT EDWARD OSWALD ORMSBY.— Motion granted. Order resettled. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SERENA B. KERR v. JOHN J. KERR.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABRAHAM NAHON v. THE BROOKLYN CITY RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, McAvoy and Martin, JJ.